JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| J.A., et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF SAN BERNARDINO, et al.,<br><br>    Defendants. | No. EDCV 09-01388-JLQ<br><br>JUDGMENT |

  IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiffs J.A., J.D.A., Jr., Sherry Watson, and Jerry Allen and against Defendant City of San Bernardino on the claims asserted in the First Amended Complaint in the amount of Five Hundred and Seventy Five Thousand Dollars ($575,000.00). Interest shall accrue on the Judgment from the date of final approval of the settlement, June 7, 2012, at the statutory rate (28 U.S.C. § 1961).

  This Judgment includes the sum of $400,000.00 ($200,000.00 per child) payable for the benefit of each of the two minor children of decedent, which Judgment, when paid, shall be distributed as ordered by this court in its Ex Parte Memorandum Opinion and Order Approving Compromise of Minors' Claims dated June 7, 2012 (ECF No. 156).

  Dated this 1st day of August, 2012.

        s/ Justin L. Quackenbush
        JUSTIN L. QUACKENBUSH
     SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1